**Johnny BACA, Petitioner–Appellant,**

v.

**Derral ADAMS, Respondent–Appellee.**

**No. 13–56132.**

United States Court of Appeals, Ninth Circuit.

Argued and Submission Deferred Jan. 8, 2015.

Resubmitted Jan. 30, 2015.

Patrick J. Hennessey, Jr. (argued), Law Office of Patrick Hennessey, San Diego, CA, for Petitioner–Appellant.

David Delgado–Rucci, Kevin Vienna (argued), Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI, WARDLAW, and W. FLETCHER, Circuit Judges.

ORDER

Respondent's unopposed motion to summarily reverse the district court's judgment is hereby GRANTED.

The judgment below is REVERSED. The district court is directed to enter an order granting a conditional writ of habeas corpus, releasing Baca from custody unless the state of California retries him within a reasonable period of time.

**REVERSED and REMANDED.** The mandate shall issue forthwith.